UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST BUSINESS BANK,

    Plaintiff(s),

v.

MORGAN STANLEY, et al.,

    Defendant(s).

NO. C05-1802P

MINUTE ORDER

    The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

    Counsel for Defendant Prudential Equity Group LLC has filed a Motion to Withdraw as Counsel of Record (Dkt. No. 8). That motion is DENIED without prejudice.

    Counsel are referred to the language of General Rule 2(f)(B) of the Local Rules:

    If the attorney for a corporation is seeking to withdraw, the attorney shall certify to the court that he or she has advised the corporation that it is required by law to be represented by an attorney admitted to practice before this court and that failure to obtain a replacement attorney by the date the withdrawal is effective may result in dismissal of the corporation's claims for failure to prosecute and/or entry of default against the corporation as to any claims of other parties.

    The motion filed by counsel for the defendant did not contain the requisite certification. The motion may be re-filed at such time as counsel can make the requisite representations to the Court in regards to advising their client.

MINUTE ORDER

1
2
3    Filed this 16th day of November, 2005.
4                                            BRUCE RIFKIN, Clerk
5
                                             By    /s Mary Duett
6                                                  Deputy Clerk
7
...
26   MINUTE ORDER